UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 12-26 (JRT/JSM)

United States of America,

          Plaintiff,

vs.

William Earl Morris,

          Defendant.

**DEFENDANT'S OBJECTION TO PROTECTIVE ORDER GOVERNING DISCOVERY**

Defendant William Earl Morris, by and through his attorney, Thomas H. Shiah, hereby objects to the court's protective order governing discovery entered on February 9, 2012. That order was entered pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure upon consideration of the government's Ex Parte Motion for a Protective Order. Obviously neither defendant nor defense counsel were given an opportunity to participate in this process and were only advised of the court's decision after the fact. Defendant hereby objects to the entry of this order as an unnecessary infringement upon defendant William Earl Morris' ability to defend himself and requests a hearing on his objection.

Dated: February 29, 2012

Respectfully submitted,

**LAW OFFICES OF
THOMAS H. SHIAH, LTD.**

By    **S/Thomas H. Shiah**
Thomas H. Shiah #100365
247 Third Avenue South
Minneapolis, MN 55415
(612) 338-0066
Attorney for Defendant