# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    Criminal No. 12-26 (6) (JRT/JSM)

                        Plaintiff,

v.                                           **SPECIAL VERDICT FORM**

WILLIAM EARL MORRIS,

                        Defendant.

---

1.  We, the Jury, find the defendant, William Earl Morris, _Not Guilty_
                                                            (insert GUILTY or NOT GUILTY)

of the crime of conspiracy to participate in the affairs of an enterprise through a pattern of

racketeering activity, as charged in **COUNT 1** of the Indictment.

> **IF YOUR ANSWER IS "NOT GUILTY," SKIP TO QUESTION 2.**
> **IF YOUR ANSWER IS "GUILTY," ANSWER QUESTIONS 1A-1C.**

**1A:**  Do you find that William Earl Morris agreed that he or a conspirator would

commit a racketeering act or acts under Count 1 involving a mixture or substance

containing cocaine?

               **YES** _____                    **NO** _X_

> **IF YOUR ANSWER IS "NO," SKIP TO QUESTION 1B.**
> **IF YOUR ANSWER IS "YES," ANSWER THE FOLLOWING QUESTION:**

MAR 1 9 2013

3/19/13
...RD D. SLETTEN, CLERK
JUDGMENT ENTD____
...TY CLERK____ HM

Please place an X on the line for the total amount of mixture or substance containing cocaine that you find that William Earl Morris is responsible for:

    ___ (1) 5 kilograms or more of a mixture or substance containing cocaine

    ___ (2) 500 grams or more, but less than 5 kilograms of a mixture or substance containing cocaine

    ___ (3) Less than 500 grams of a mixture or substance containing cocaine

*Check the drug quantity that the jury unanimously agrees was involved in the offense. If you are unable to agree, check the entry of the lowest drug quantity.*

**1B:** Do you find that William Earl Morris agreed that he or a conspirator would commit a racketeering act or acts under Count 1 involving cocaine base?

**YES** _____           **NO** _X___

IF YOUR ANSWER IS "NO," SKIP TO QUESTION 1C.

IF YOUR ANSWER IS "YES," ANSWER THE FOLLOWING QUESTION:

Please place an X on the line for the total amount of cocaine base that you find that William Earl Morris is responsible for:

    ___ (1) 280 grams or more of cocaine base

    ___ (2) 28 grams or more, but less than 280 grams of cocaine base

    ___ (3) Less than 28 grams of a cocaine base

*Check the drug quantity that the jury unanimously agrees was involved in the offense. If you are unable to agree, check the entry of the lowest drug quantity.*

**1C:**   Do you find that William Earl Morris agreed that he or a conspirator would commit a racketeering act or acts under Count 1 involving methamphetamine?

YES _____                           NO __X__

IF YOUR ANSWER IS "NO," SKIP TO QUESTION 2.

IF YOUR ANSWER IS "YES," ANSWER THE FOLLOWING QUESTION:

Please place an X on the line for the total amount of methamphetamine that you find that William Earl Morris is responsible for:

___  (1) 50 grams or more of a mixture or substance containing methamphetamine

___  (2) Less than 50 grams of a mixture or substance containing methamphetamine

*Check the drug quantity that the jury unanimously agrees was involved in the offense. If you are unable to agree, check the entry of the lowest drug quantity.*

**2.** We, the Jury, find the defendant, William Earl Morris, ___Not Guilty___
(insert GUILTY or NOT GUILTY)
of the crime of conspiracy to use and carry a firearm during and in relation to a crime of violence, as charged in **COUNT 2** of the Indictment.

**3.** We, the Jury, find the defendant, William Earl Morris, ___Guilty___
(insert GUILTY or NOT GUILTY)
of the crime of attempted murder in aid of racketeering, as charged in **COUNT 3** of the Indictment.

**4.** We, the Jury, find the defendant, William Earl Morris, _____*Guilty*_____
<br>(insert GUILTY or NOT GUILTY)

of the crime of assault with a dangerous weapon in aid of racketeering, as charged in

**COUNT 4** of the Indictment.

**5A.** We, the Jury, find the defendant, William Earl Morris, _____*Guilty*_____
<br>(insert GUILTY or NOT GUILTY)

of the crime of use and carrying a firearm during and in relation to crime of violence, as

charged in **COUNT 5** of the Indictment.

**5B.** We, the Jury, find the defendant, William Earl Morris, _____*Guilty*_____
<br>(insert GUILTY or NOT GUILTY)

of the crime of possession of a firearm in furtherance of a crime of violence, as charged in

**COUNT 5** of the Indictment.

> IF YOUR ANSWER IS "NOT GUILTY" TO BOTH 5A AND 5B, SKIP TO QUESTION 6.
>
> IF YOUR ANSWER IS "GUILTY" TO 5A, ANSWER QUESTION 5C.
>
> IF YOUR ANSWER IS "GUILTY" TO 5B, ANSWER QUESTION 5D.

**5C.** If your answer to question 5A is guilty, specify one or more of the three crimes

the jury unanimously agrees the firearm was used and carried during and in relation to:

> ___ (1) Conspiracy to participate in the affairs of an enterprise through a pattern of racketeering activity, as alleged in Count 1 of the Indictment
>
> _X_ (2) Attempted murder in aid of racketeering, as alleged in Count 3 of the Indictment
>
> _X_ (3) Assault with a dangerous weapon in aid of racketeering, as alleged in Count 4 of the Indictment

**5D.** If your answer to question 5B is guilty, specify one or more of the three crimes

the jury agrees the firearm was possessed in furtherance of:

    ____ (1) Conspiracy to participate in the affairs of an enterprise through a pattern of racketeering activity, as alleged in Count 1 of the Indictment

    X (2) Attempted murder in aid of racketeering, as alleged in Count 3 of the Indictment

    X (3) Assault with a dangerous weapon in aid of racketeering, as alleged in Count 4 of the Indictment

**6.** We, the Jury, find the defendant, William Earl Morris, _____Guilty_____

(insert GUILTY or NOT GUILTY)

of the crime of being a felon in possession of a firearm, as charged in **COUNT 6** of the

Indictment.

**YOU HAVE COMPLETED YOUR DELIBERATIONS.  PLEASE HAVE YOUR FOREPERSON SIGN AND DATE THIS FORM BELOW.**

SIGNATURE REDACTED    _____3-19-13_____

DATE