UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 12-26(06)(JRT/JSM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE |
| | ) | TO DEFENDANT'S MOTION |
| v. | ) | TO MODIFY TERMS OF |
| | ) | PRETRIAL CONFINEMENT |
| WILLIAM EARL MORRIS, | ) | |
| | ) | |
| Defendants. | ) | |

The United States Attorney, B. Todd Jones, by and through the undersigned Assistant United States Attorney, Andrew R. Winter, hereby submits the Government's Response To Defendant's Motion to Modify Terms of Pretrial Confinement.

**Motion to Modify Terms of Pretrial Confinement**  [Docket No. 1113]

The government takes no position on the defendant's motion but believes that the Minnesota Department of Corrections is not bound by the defendant's request in his Waiver of Interstate Agreement on Detainers. If the defendant wishes to rescind his waiver and return to federal custody, the United States does not object.

Dated:  April 2, 2013

B. TODD JONES
United States Attorney

*s/ Andrew R. Winter*

BY: ANDREW R. WINTER
Assistant U.S. Attorney
Attorney ID No. 0232531